PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-MJ-189 EPG |
|---|---|
| Plaintiff, | REQUEST TO UNSEAL COMPLAINT |
| v. | |
| OSCAR BAZAN, ET AL. | |
| Defendants. | |

## **REQUEST TO UNSEAL**

The Complaint in this case, having been sealed by Order of the Court, and it appears that it no longer need remain secret,

The United States of America, by and through Philip A. Talbert, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Complaint in this case be unsealed and made public record.

Dated: October 26, 2017            PHILLIP A. TALBERT
                                   United States Attorney

                           By: /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney

| 1 | PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099 |
|---|---|
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Attorneys for Plaintiff
United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-MJ 189 EPG |
|---|---|
| PLAINTIFF, | ORDER TO UNSEAL COMPLAINT |
| V. | |
| OSCAR BAZAN, ET AL. | |
| DEFENDANTS. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated: **October 26, 2017**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS